# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 25-1160            **Short Title:** Beckwith et al v. Frey

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
 1. Date of entry of judgment or order appealed from  February 13, 2025
 2. Date this notice of appeal filed February 17, 2025
    If cross appeal, date first notice of appeal filed _____
 3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
 4. Date of entry of order deciding above post-judgment motion _____
 5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
    Time extended to _____

B. Finality of Order or Judgment
 1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
 2. If no,
    a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✓] No
       If yes, explain _____
    b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
       If yes, explain  Appeal under 28 U.S.C. § 1292(a)(1) from entry of preliminary injunction

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☑ Yes  ☐ No
    If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
    If yes, is transcript already on file with district court?  ☐ Yes  ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1.  Adverse party  See attached._____
       Attorney_____
       Address_____
       Telephone_____

   2.  Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

   3.  Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1.  Appellant's name  See attached._____
       Address_____
       Telephone_____

       Attorney's name_____
       Firm_____
       Address_____
       Telephone_____

   2.  Appellant's name_____
       Address_____
       Telephone_____

       Attorney's name_____
       Firm_____
       Address_____
       Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Paul E. Suitter
Date 03/05/2025

**ATTACHMENT**

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    Adverse party:    Andrea Beckwith
                             East Coast School of Safety
                             Nancy Coshow
                             James White
                             J. White Gunsmithing
                             Adam Hendsbee
                             Thomas Cole
                             TLC Gunsmithing and Armory

    Attorney:        Joshua A. Tardy
    Address:         Rudman Winchell
                             8 Harlow Street
                             P.O. Box 1401
                             Bangor, ME 04401
    Telephone:     (207) 947-4501

    Attorney:        Paul D. Clement
                             Erin E. Murphy
                             Kevin J. Wynosky
                             Matthew D. Rowen
    Address:         Clement & Murphy PLLC
                             706 Duke Street
                             Alexandria, VA 22314
    Telephone:     (202) 742-8900

G. List name(s) and addresses of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    Appellant's name:    Aaron M. Frey
    Attorney:           Christopher C. Taub
                               Thomas A. Knowlton
                               Paul E. Suitter
    Address:           Office of the Maine Attorney General
                               6 State House Station
                               Augusta, ME 04333-0006
    Telephone:      (207) 626-8800

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated: March 5, 2025                    Respectfully submitted,

                                        AARON M. FREY
                                        Attorney General


                                        */s/ Paul E. Suitter*
                                        PAUL E. SUITTER
                                        Assistant Attorney General
                                        Paul.Suitter@maine.gov

                                        Office of the Maine Attorney General
                                        6 State House Station
                                        Augusta ME 04333-0006
                                        Tel. (207) 626-8800
                                        Fax (207) 287-3145

                                        *Counsel for Defendant-Appellant Aaron M. Frey, in his personal capacity and in his official capacity as Attorney General of the State of Maine*