No. 25-1160

## UNITED STATES COURT OF APPEALS
### For The First Circuit

ANDREA BECKWITH; EAST COAST SCHOOL OF SAFETY; NANCY
COSHOW; JAMES WHITE; J. WHITE GUNSMITHING;  ADAM
HENDSBEE; THOMAS COLE; TLC GUNSMITHING AND ARMORY;
A&G SHOOTING,

Plaintiffs-Appellees,

v.

AARON M. FREY, in their personal capacity and in
their official capacity as Attorney General of Maine,

Defendant-Appellant.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 12(b) of the Federal Rules of Appellate Procedure

and Rule 27(a)(2) of the Federal Rules of Appellate Procedure, Defendant-

Appellant respectfully requests that the Court allow the withdrawal of Chief

Deputy Attorney General Christopher C. Taub.  CDAG Taub is leaving the Maine

Office of the Attorney General as of April 6, 2026.  Defendant-Appellant will

continue to be represented by Deputy Attorney General Thomas A. Knowlton and

Assistant Attorney General Paul Suitter.

Therefore, Defendant-Appellant respectfully requests that

CDAG Taub be withdrawn as counsel in this matter.

Dated: April 1, 2026

Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Chief Deputy Attorney General
Christopher.C.Taub@maine.gov
Office of the Maine Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d), I, Christopher C. Taub, Chief Deputy Attorney General for the State of Maine, hereby certify that on April 1, 2026, I electronically filed this document with the Clerk of Court using CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

s/ Christopher C. Taub
Christopher C. Taub
Chief Deputy Attorney General
Office of the Maine Attorney General
Bar No. 65217
Six State House Station
Augusta, Maine  04333-0006
Tel. (207) 626-8800

2