# United States Court of Appeals
## For the First Circuit

No. 25-1160

ANDREA BECKWITH; EAST COAST SCHOOL OF SAFETY; NANCY COSHOW; JAMES WHITE; J. WHITE GUNSMITHING; ADAM HENDSBEE; THOMAS COLE; TLC GUNSMITHING AND ARMORY; A&G SHOOTING,

Plaintiffs, Appellees,

v.

AARON M. FREY, in their personal capacity and in their official capacity as Attorney General of Maine,

Defendant, Appellant.

### JUDGMENT

Entered: April 3, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's preliminary injunction is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Lance E. Walker, Jennifer Lyons, Clerk, United States District Court for the District of Maine, Brent A. Singer, Paul D Clement, Joshua A. Tardy, Erin E. Murphy, Matthew D. Rowen, Kevin Joseph Wynosky, Christopher C. Taub, Thomas A. Knowlton, Paul Suitter, Douglas Neal Letter, Julia Brennan MacDonald, Janet Carter, William James Taylor Jr., Erik Fredericksen, Caroline S. Van Zile, William M. Tong, Peter F. Neronha, Peter Martin Torstensen Jr., Christian B. Corrigan, Joseph Greenlee, Erin M. Erhardt