# United States Court of Appeals
## For the First Circuit

No. 25-1160

ANDREA BECKWITH; EAST COAST SCHOOL OF SAFETY; NANCY COSHOW; JAMES WHITE; J. WHITE GUNSMITHING; ADAM HENDSBEE; TLC GUNSMITHING AND ARMORY; A&G SHOOTING,

Plaintiffs - Appellees,

THOMAS COLE,

Plaintiff,

v.

AARON M. FREY, in the personal capacity and in the official capacity as Attorney General of Maine,

Defendant - Appellant.

**MANDATE**

Entered: April 27, 2026

In accordance with the judgment of April 3, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Janet Carter, Paul D Clement, Christian B. Corrigan, Erin M. Erhardt, Erik Fredericksen, Joseph Greenlee, Thomas A. Knowlton, Douglas Neal Letter, Julia Brennan MacDonald, Erin E. Murphy, Peter F. Neronha, Matthew D. Rowen, Brent A. Singer, Paul Suitter, Joshua A. Tardy, William James Taylor Jr., William M. Tong, Peter Martin Torstensen Jr., Caroline S. Van Zile, Kevin Joseph Wynosky