# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 23, 2026

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

RECEIVED FOR FILING
IN CLERK'S OFFICE
2026 AUG -3 P 12:41
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re: Andrea Beckwith, et al.
v. Aaron M. Frey, Individually and as Attorney General of Maine
Application No. 25A1424
(Your No. 25-1160)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Jackson, who on July 23, 2026, extended the time to and including August 31, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
$000.78 º
07/24/2026 ZIP 20543
043M31266310
US POSTAGE

USMS
Screened

07/31