# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 27, 2026

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Andrea Beckwith, et al.
v. Aaron M. Frey, Individually and as Attorney General of Maine
No. 26-258
(Your No. 25-1160)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 25, 2026 and placed on the docket August 27, 2026 as No. 26-258.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst